EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Aprobación de Cambio de Estatus<br>Inactivo de mayo de 2024 | 2024 TSPR 67<br><br>213 DPR ___ |

Número del Caso:  EM-2024-0008

Fecha:  20 de junio de 2024

Materia:  Aprobación de cambio de estatus inactivo de mayo de 2024.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus Inactivo de mayo de 2024

EM-2024-0008

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de junio de 2024.

Durante el periodo de mayo de 2024, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Jorge Lucas P. Valdivieso, Jr. | 2,131 |
| Frank Quiñones Vigo | 3,003 |
| Luis Fred Salgado | 3,035 |
| Wilfredo González Barreto | 5,132 |
| Jorge Ortiz Murias | 6,754 |
| Olga Ivette Vázquez Valentín | 7,049 |
| Rosalie López Castellanos | 7,321 |
| Carlos M. Rodríguez Muñiz | 7,345 |
| Salvador Ribas Dominicci | 7,552 |
| Annie Franco Carmona | 7,959 |
| Ana E. Rivera Pérez | 9,154 |
| Nora P. Campos Orrego | 9,324 |

Melissa Martínez Ortiz                    10,711

Jorge R. Ruiz Pabón                       10,824

Diocelyn E. Rivera Díaz                   15,909

Edna M. González Soto                     20,703

Kenny O. Sierra Vargas                    20,838

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Javier O. Sepúlveda Rodríguez
                              Secretario del Tribunal Supremo